**Dismiss; Opinion Filed January 22, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01123-CV

**DANIELLE ELLIS, Appellant**
**V.**
**MINT DENTISTRY, AND DR. SWAPNA KETHI-REDDY, Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17366**

## MEMORANDUM OPINION

Before Justices Bridges, Whitehill, and Nowell
Opinion by Justice Nowell

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated September 16, 2019, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated September 16, 2019, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated October 28, 2019, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten

days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

191123F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

DANIELLE ELLIS, Appellant

No. 05-19-01123-CV      V.

MINT DENTISTRY, AND DR. SWAPNA
KETHI-REDDY, Appellees

On Appeal from the 298th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-17366.
Opinion delivered by Justice Nowell.
Justices Bridges and Whitehill
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee MINT DENTISTRY, AND DR. SWAPNA KETHI-REDDY recover their costs of this appeal from appellant DANIELLE ELLIS.

Judgment entered this 22nd day of January, 2020.